IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DONALD LLOYD DAVIS, JR., TDCJ #01762796, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-19-1729 |
| LORIE DAVIS, | § § | |
| Defendant. | § § | |

### ORDER FOR A MARTINEZ REPORT

State inmate Donald Lloyd Davis, Jr., has filed a hand-written 1983 Civil Rights Complaint With Jury Demand [and] Memorandum of Law ("Complaint") (Docket Entry No. 1), regarding conditions of his confinement in the Texas Department of Criminal Justice - Correctional Institutions Division ("TDCJ"). He appears to allege that he sustained a fractured foot at the Polunsky Unit in September 2017, and that he was denied adequate medical care or that care was delayed when he was subsequently transferred to the Jester IV Unit and the Walls Unit in Huntsville.

To supplement the pleadings, and so that the court can complete its evaluation of Davis's claims as required under 28 U.S.C. § 1915A, the court **ORDERS** the State Attorney General's Office to provide a report with administrative records within **sixty**

**(60) days** under Martinez v. Aaron, 570 F.2d 317 (10th Cir. 1987). See Cay v. Estelle, 789 F.2d 318, 323 & n.4 (5th Cir. 1986) (discussing the utility of a Martinez report). The court specifically requests copies of Davis's relevant medical records and any administrative grievances filed by him regarding the medical care he received during the period of time relevant to his Complaint.

**The Clerk will provide a copy of this Order to the plaintiff. The Clerk shall further provide a copy of the Complaint (Docket Entry No. 1) and this Order to Leah O'Leary, Assistant Attorney General for the State of Texas, Law Enforcement Defense Division, P.O. Box 12548, Austin, Texas 78711-2548, by certified mail, return receipt requested.**

**SIGNED** at Houston, Texas, on this 2nd day of July, 2019.

SIM LAKE
UNITED STATES DISTRICT JUDGE