United States District Court
Southern District of Texas

**ENTERED**

June 06, 2023

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DONALD LLOYD DAVIS, JR., | § | |
| TDCJ #01762796, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-19-1729 |
| | § | |
| GLEN L. WISE, et al., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED with prejudice**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 6th day of June, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE